

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jacy Gates,

\* From the 42nd District Court
of Coleman County,
Trial Court No. CV20-01034.

Vs. No. 11-21-00190-CV

\* August 3, 2023

Denise McDonald and Diana Dobbins,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jacy Gates.